# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANG FANG, et al.,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>FORD MOTOR COMPANY,<br><br>　　　Defendant. | Case No. 1:22-cv-00561-JLT-SAB<br><br>ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 17) |

　　　This action was removed to this Court on May 11, 2022. (ECF No. 1.) On August 17, 2022, the District Judge denied Plaintiff's motion to remand. (ECF No. 16.) No scheduling order has issued. On September 19, 2022, the parties informed the Court that they have reached settlement through an offer under Federal Rule of Civil Procedure 68. (ECF No. 17.) The filing indicates that the offer provides that Plaintiffs retain the right to petition the Court for an award of fees and costs recoverable pursuant to California Code of Civil Procedure 1794(d), but the parties are attempting to informally resolve the issue of fees. The parties request the Court set a status hearing in ninety (90) days regarding resolution of the issue of fees. The parties proffer this will allow counsel to obtain the settlement check, complete surrender of the subject vehicle, and resolve the issues of the fees or file a noticed motion.

　　　Pursuant to Local Rule, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. L.R. 160(b). The Court declines to set a status hearing, but rather finds good cause to set the deadline to file

dispositional documents sixty (60) days from entry of this order. Prior to the deadline, the parties may move for an extension of time if necessary for the adjudication of any outstanding fees motion.

  Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents on or before November 21, 2022.

IT IS SO ORDERED.

Dated: **September 20, 2022**

UNITED STATES MAGISTRATE JUDGE